# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-660-935**

Effective date of registration:

October 17, 2012

---

## Title

- **Title of Work:** The Company You Keep
- **Nature of Work:** Motion Picture

## Completion/Publication

- **Year of Completion:** 2012

## Author

- **Author:** TCYK, LLC
- **Author Created:** Producer of Motion Picture
- **Work made for hire:** Yes
- **Domiciled in:** United States
- **Anonymous:** No
- **Pseudonymous:** No

## Copyright claimant

- **Copyright Claimant:** TCYK, LLC
  6360 Deep Dell Pl, Los Angeles, CA, 90068
- **Transfer Statement:** By Written Agreement

## Limitation of copyright claim

- **Material excluded from this claim:** A Novel; A Screenplay
- **Previously registered:** No
- **Previous registration and year:** PAu 3 578-816    2011
- **Basis of current registration:** This is a changed version of the work.
- **New material included in claim:** Added Principal Photography, Music, Effects, Etc.

## Certification

- **Name:** Nicholas Chartier
- **Date:** October 17, 2012

Page 1 of 2

**Registration #:** PAU003660935
**Service Request #:** 1-847741472



TCYK, LLC
662 N. Crescent Heights Blvd
Los Angeles, CA 90048

# EXHIBIT B

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No | | IP Address | GUID | P2PClient | HitDateUTC (N | DossierNumb | Title | RightsOwner | FileName | FileHash | ISP | Region | city | District | Province |
| | 1 | 66.112.114.92 | 4D372D322D3 | BitTorrent 7.2 | 04/30/2013 0 | S0054-000007 | The Company | VOLTAGE | The.Company. | SHA1: 6A0419 | CenturyLink | Wisconsin | Poynette | Wisconsin We | Columbia |
| | 2 | 24.181.173.10 | 2D555433323 | µTorrent 3.2.0 | 04/29/2013 0 | S0054-000007 | The Company | VOLTAGE | The.Company. | SHA1: 6A0419 | Charter Comn | Wisconsin | Madison | Wisconsin We | Dane |
| | 3 | 71.87.92.195 | 4D372D372D3 | BitTorrent 7.7 | 04/28/2013 0 | S0054-000007 | The Company | VOLTAGE | The.Company. | SHA1: 6A0419 | Charter Comn | Wisconsin | Eau Claire | Wisconsin We | Eau Claire |
| | 4 | 96.42.17.220 | 2D415A34383 | Vuze 4.8.0.0 | 04/24/2013 1 | S0054-000008 | The Company | VOLTAGE | The.Company. | SHA1: 6A0419 | Charter Comn | Wisconsin | Beloit | Wisconsin We | Rock |
| | 5 | 209.94.169.13 | 2D555433333 | µTorrent 3.3.1 | 04/23/2013 0 | S0054-000008 | The Company | VOLTAGE | The.Company. | SHA1: 6A0419 | Solarus | Wisconsin | Wisconsin Rap | Wisconsin We | Wood |
| | 6 | 71.82.148.242 | 2D555433313 | µTorrent 3.1.3 | 04/22/2013 0 | S0054-000008 | The Company | VOLTAGE | The.Company. | SHA1: 6A0419 | Charter Comn | Wisconsin | Eau Claire | Wisconsin We | Eau Claire |
| | 7 | 71.89.84.75 | 4D372D372D3 | BitTorrent 7.7 | 04/22/2013 0 | S0054-000008 | The Company | VOLTAGE | The.Company. | SHA1: 6A0419 | Charter Comn | Wisconsin | Eau Claire | Wisconsin We | Eau Claire |
| | 8 | 68.115.88.127 | 2D555433333 | µTorrent 3.3.0 | 04/22/2013 1 | S0054-000008 | The Company | VOLTAGE | The.Company. | SHA1: 6A0419 | Charter Comn | Wisconsin | Superior | Wisconsin We | Douglas |
| | 9 | 66.112.117.37 | 2D555433313 | µTorrent 3.1.0 | 04/22/2013 1 | S0054-000008 | The Company | VOLTAGE | The.Company. | SHA1: 6A0419 | CenturyLink | Wisconsin | Rio | Wisconsin We | Columbia |
| | 10 | 71.95.81.103 | 4D372D382D3 | BitTorrent 7.8 | 04/22/2013 1 | S0054-000008 | The Company | VOLTAGE | The.Company. | SHA1: 6A0419 | Charter Comn | Wisconsin | Eau Claire | Wisconsin We | Eau Claire |
| | 11 | 50.105.209.21 | 2D4C5430343 | libtorrent (Ras | 04/21/2013 0 | S0054-000008 | The Company | VOLTAGE | The.Company. | SHA1: 6A0419 | Frontier Comn | Wisconsin | Wisconsin Del | Wisconsin We | Columbia |
| | 12 | 207.190.112.9 | 2D555432323 | µTorrent 2.2.0 | 04/21/2013 0 | S0054-000008 | The Company | VOLTAGE | The.Company. | SHA1: 6A0419 | Midwest Telne | Wisconsin | New Lisbon | Wisconsin We | Juneau |
| | 13 | 75.129.50.131 | 2D535A32363 | Shareaza 2.6.0 | 04/21/2013 0 | S0054-000008 | The Company | VOLTAGE | The.Company. | SHA1: 6A0419 | Charter Comn | Wisconsin | Sparta | Wisconsin We | Monroe |