## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

TCYK, LLC,            )
                           )
                           )  Case No.: 13-CV-296

     Plaintiff,           )
                           )

v.                             )
                           )

1-13,                        )
                           )

     Defendants.        )

### NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT
### DOE # 7, OWNER OF IP ADDRESS 71.89.84.75

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant identified in Plaintiff's Complaint as Doe # 7, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP Address 71.89.84.75

DATED: August 23, 2013          Respectfully submitted,

                               TCYK, LLC

                               By:     s/ Keith A. Vogt
                                       Keith A. Vogt (Bar No. 6207971)
                                       Takiguchi & Vogt
                                       1415 West 22nd Street, Tower Floor
                                       Oak Brook, IL 60523
                                       773.340.9469
                                       KVogt@takiguchiandvogt.com
                                       Attorney for Plaintiff